# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

FILED
APR - 1 2019
Clerk, U.S. District Court
Texas Eastern

DWAYNE M GARRETT
1. PAUL LEROY WICKHAM )
2. JENNIFER LEANN MCCORMICK )

PLAINTIFFS, )

) Case No 6:19-CV-119 JDK-JDL

V ) CASE NO. ~~19-CV-27-GKF-FHM~~

)

1. ROBERT MUELLER, et al. )
2. UNITED STATES OF AMERICA )
3. STATE 0F OKLAHOMA )
4. CARL GIBSON, as individual )
5. MIKE HUNTER, et al. )
6. DOUGLAS L COMBS, as individual )
7. TIMOTHY TYMKOVICH, et al. )
8. ELIZABETH SHUMAKER, as individual )
9. TERENCE KERN, as individual )
10. GREGORY FRIZZELL, as individual )
11. CLAIRE EAGAN, as individual )
12. JOHN DOWDELL, as individual )
13. NOWATA COUNTY )
14. RICKY ADAMS, as individual )

DEFENDANTS, )

---

Claim Which Can Be Paid of $450,000.00 Per Person, plus Punitive Damages

Under the Authority of 18 USC 1964(a)

---

1. Robert Mueller, as an assumption of possession of stolen weapons

2. August 10, 2018, at approximately 7:30 pm, without probable cause, Carl Gibson sent two of his deputies to seize weapons, which violated Paul Leroy Wickham's Second Amendment rights. This was an illegal search and seizure, which violated Paul Leroy Wickham's Second Amendment rights. If you have no weapons, you cannot bear arms.

3. The State of Oklahoma has been served on March 23, 2018, about this problem of stealing weapons. They are guilty of Title 21 Chapter 4 Section 173 Aiding and Abetting and Criminal Accessory, and 2014 Title 13a Criminal code Chapter 9 Forgery, and Fraudulent Practices Section 13a-9-12-2014, offering false instrument for recording, and nullification or expungement from record by working out of the color of law in USC 18 1964(a).

4. Mike Hunter, being executive officer of the court, to cover up criminal activity by ignoring the color of the law, by working to steal weapons, and cattle, being duly sworn to uphold the law, is violating his oath of office and creating a criminal enterprise under 18 USC 1964(a), and under 2014 Title 13a Chapter 9 Forgery and Fraudulent Practices by Aiding and Abetting known criminals.

5. Douglas L. Combs, involved in criminal activity, under the authority of 18 USC 1964(a), has engaged in criminal activity by working out of the color of law, Aiding and Abetting

known criminals, and as an officer of the court, he has created bodily harm under Article
2 of the Constitution to steal and defraud Paul Leroy Wickham of his weapons.

6. Ricky Adams knowingly and willingly avoided his associates as Aiding and Abetting of
stealing weapons and cattle under Title 18 USC 1964(a).

7. Timothy Tymkovich, et al., being an officer of the highest court, in violation of 18 USC
1964(a), did damage and bodily harm, which he took an oath to not do, on January 28th,
2019. Mr. Tymkovich was served the documents in Case # 18-5112, then violated Mr.
Wickham's First Amendment rights by filing a false document.

8. Elizabeth Shumaker in Case # 18-5112 violated Mr. Wickham's rights under 18 USC
1964(a) by filing a false document under Article 1 of the Constitution.

9. Terence Kern, being the executive officer of the Northern District, is in violation of 18
USC 1964(a), which is involved with Timothy Tymkovich, et al. and Elizabeth
Shumaker. To give an example, look in the case of Joe White vs. American Airlines;
which was money received under the table by certain judges. Mr. Kern had a duty and a
requirement to notify the federal government because the aircraft was unsafe. It involved
thousands of people's lives every day.

10. Gregory Frizzell, in the Northern District in 2018, stated that this case was a frivolous
lawsuit when Mr. Frizzell was working in concert to commit fraud and extortion in the

10th Circuit along with Elizabeth Shumaker in Case # 18-5105. They stole over $25 million dollars of merchandise and property. Gregory Frizzell, working with Elizabeth Shumaker in Case # 18-5112, which involves stealing weapons and cattle, under the Constitution, Article 1, and Fraudulent Practices of 2014 Title 13a Chapter 9 of Section 13a-9-12. Mr. Frizzell, in this case established under this practice of 18 USC 1964a against Mr. Steve Wallace 33 million dollars of Mr. Wallace's estate. This is common practice of the 10th Circuit and Gregory Frizzell which, under the statute, this shows three or more people.

11. Claire Eagan, involved with the Garretts, and involved in giving an order in Case # 18 CV-0435, which violated criminal code 2014 Title 13a Chapter 9 Forgery and Fraudulent Practices Section 13a-9-12, involving herself with Carl Gibson of Aiding and Abetting along with Elizabeth Shumaker and Timothy Tymkovich. These people are known criminals and must be stopped. Their involvement with Rick Esser caused the death of Delmar B. Garrett and the prosecution of Dwayne Garrett by Aiding and Abetting, and with their involvement in Case # 18 CV-0435, could not seek justice which violated Mr. Wickham's rights, in violation of 18 USC 1964(a)

12. John Dowdell, working out of the color of law under the authority of 18 USC 1964(a). John Dowdell, in Case # 18 CV-569 JED FHM, is in violation of his oath of office of 2014 Title 13a Criminal Code Chapter 9 of Fraudulent Practices Act 13a-9-12, having this case since November 5th, 2018 is aiding and abetting all people that was involved

from prosecution. This forms the statute of 18 USC 1964(a) by stealing cattle and providing harbor to known criminals

Signature [signature] Date 3-29-2019

Printed Paul Leroy Wickham

Paul Leroy Wickham

Signature [signature] Date 3/29/19

Printed Jennifer Leann McCormick

Jennifer Leann McCormick

State of Oklahoma

County of Washington

The foregoing document was acknowledged before me this 29 day of March, 2019.

Signature of Notary Public [signature]

My Commission Expires 03/30/2021

STEPHANIE J. GILL NOTARY PUBLIC STATE OF OKLAHOMA # 05003139 EXP. 03/30/21

**United States Department of Justice**
**Attention: Mr. William Barr**
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530-0001

**United States of America**
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530-0001

**State of Oklahoma**
The Oklahoma Judicial Center
2100 North Lincoln Boulevard
Oklahoma City, Oklahoma 73105

**Carl Gibson**
229 N Maple
Nowata, Oklahoma 74048

**Nowata County**
229 N Maple
Nowata, Oklahoma 74048

**Robert S. Mueller III**
Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Room B-103
Washington, D.C. 20530

**Mike Hunter**

Oklahoma Office of the Oklahoma Attorney General

313 Ne 21st St, Oklahoma City, OK 73105


**Douglas L. Combs**

Chief Justice, Supreme Court

2100 N Lincoln Blvd

Oklahoma City, OK 73105-4907


**Ricky Adams**

OSBI Headquarters

6600 North Harvey Place

Oklahoma City, OK 73116


**Timothy M. Tymkovich**

Tenth Circuit Court of Appeals

1823 Stout Street, Denver, Colorado 80257


**Elizabeth Shumaker**

Tenth Circuit Court of Appeals

1823 Stout Street, Denver, Colorado 80257


**John E. Dowdell**

333 West Fourth St., Room 411

Tulsa, OK 74103


**Gregory K. Frizzell**

333 West Fourth St., Room 411

Tulsa, OK 74103

**Claire V. Eagan**

333 West Fourth St., Room 411

Tulsa, OK 74103

**Terence C. Kern**

224 S. Boulder Ave., Room 241

Tulsa, OK 74103

**Paul Leroy Wickham**

R1 Box 171

Nowata, Oklahoma 74048

918-440-3241

**Jennifer Leann McCormick**

R1 Box 171

Nowata, Oklahoma 74048

918-418-9582

**United States District Court**

Eastern District of Texas

14891 Highway 205

Terrell, Texas 75160